1  Michael J. Nunez, Esq.
   Nevada Bar No.: 10703
2  Corrine P. Murphy, Esq.
   Nevada Bar No.: 10410
3  **MURCHISON & CUMMING, LLP**
4  350 S. Rampart Blvd., Suite 320
   Las Vegas, Nevada 89145
5  Telephone: (702) 360-3956
   Facsimile: (702) 360-3957
6  cmurphy@murchisonlaw.com
7  *Attorneys for Defendants DOUGLAS R.
      OPOLKA and PAE APPLIED
8     TECHNOLOGIES, LLC erroneously
      sued as PAE HOLDING
9     CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIK ALEGRET, an individual; MIRTA DEMARCO-ALEGRET, an individual; RICARDO ALEGRET, an individual; BLANCA ALEGRET, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS R. OPOLKA, an individual; PAE APPLIED TECHNOLOGIES, LLC erroneously sued as PAE HOLDING CORPORATION, a Delaware corporation; DOES I through X; and ROE CORPORATIONS I through X;<br><br>Defendants. | CASE NO.: 2:19-cv-00251<br><br>**STIPULATION AND ORDER TO REMAND** |

Plaintiffs, ERIK ALEGRET, MIRTA DEMARCO-ALEGRET, RICARDO ALEGRET, and BLANCA ALEGRET, by and through their attorneys of record, THE LAW FIRM OF PARKE ESQUIRE, and Defendants DOUGLAS R. OPOLKA and PAE APPLIED TECHNOLOGIES, LLC (erroneously sued as PAE HOLDING CORPORATION), by and through their attorneys of record, Corrine P. Murphy, Esq., of MURCHISON & CUMMING, LLP, hereby submit the following Stipulation and order to Remand this matter back to the Eighth Judicial District Court in and for Clark County, Nevada.

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, that this matter be remanded:

Dated this __20th__ day of February, 2019

**MURCHISON & CUMMING, LLP**

By: __/s/ Corrine P. Murphy__
Michael J. Nunez, Esq.
Nevada Bar No.: 10703
Corrine P. Murphy, Esq.
Nevada Bar No.: 10410
350 S. Rampart Blvd., Suite 320
Las Vegas, Nevada 89145
T: (702) 360-3956
F: (702) 360-3957
*Attorneys for Defendants FRED A. DE LA ROSA and IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC.*

Dated this __20th__ day of February, 2019

**THE LAW FIRM OF PARKE ESQUIRE**

/s/ Steven K. Parke
By:_____
Steven K. Parke, Esq.
Nevada Bar No.: 12627
Kurt C. Lambeth
Nevada Bar No.: 6390
330 E. Charleston Blvd., Suite 204
Las Vegas, Nevada 89104
T: 702-758-4111
F: 702-852-1126
*Attorneys for Plaintiffs LUYLLI ARIAS-ALMEIDA, ADA LABANINO-CARRAZANA, and GIRALDO SALAS AVILA*

IT IS SO ORDERED:

Dated this __4__ day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court